IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 1:17-CV-62

| | |
|---|---|
| GRAY GRUBB, | ) |
| | ) |
| Plaintiff, | ) |
| | ) **STIPULATION OF VOLUNTARY** |
| v. | ) **DISMISSAL WITH PREJUDICE** |
| | ) |
| NORFOLK SOUTHERN RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff Gray Grubb and Defendant Norfolk Southern Railway Company, by counsel, hereby dismiss all of the claims filed in this civil action with prejudice. Each party will bear its own costs, expenses and attorneys' fees.

This the 6th day of April, 2018.

/s/ *John A. Moss*
John A. Moss, *specially appearing*
Georgia Bar No. 527579
STEEL, MOSS & EBERT
15 Piedmont Center, Suite 1560
3575 Piedmont Road, NE
Atlanta, GA 30305
(t) 404-264-1844
(f) 404-264-0161
jmoss@steel-moss.com

/s/ Brian A. Buchanan
Brian A. Buchanan
N.C. Bar No. 17342
GRIMES TEICH ANDERSON LLP
535 College Street
Asheville, NC 28801
(t) 828-251-0800
(f) 828-210-0718
buchanan@gtalaw.net

**Attorneys for Plaintiff Gray Grubb**


/s/ Kevin G. Williams
Kevin G. Williams, Esq.
N.C. Bar No. 25760
Williams K. Davis
N.C. Bar No. 1117
Allison B. Parker
N.C. Bar No. 50178
BELL, DAVIS & PITT, P.A.
100 North Cherry St., Suite 600
Winston-Salem, NC 27120-1029
kwilliams@belldavispitt.com
wdavis@belldavispitt.com
aparker@belldavispitt.com
(t) 336-722-3700
(f) 336-722-8153


/s/ Agnis Chakravorty
Agnis Chakravorty, Esq., *specially appearing*
WOOD ROGERS PLC
10 S. Jefferson Street, Suite 1400
Roanoke, VA 24011
achakrav@woodsrogers.com
(t) 540-983-7727
(f) 540-983-7711

**Attorneys for Defendant**
**Norfolk Southern Railway Company**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** has been electronically filed using the CM/ECF system which will send notification of such filing to all parties of record.

This the 6th day of April, 2018.

/s/ *Kevin G. Williams*
KEVIN G. WILLIAMS
N.C. State Bar No. 25760

#721611